**UNITED STATES DISTRICT COURT** **DISTRICT OF RHODE ISLAND**

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
~~By and Through Its Chapter 7 Trustee~~
James R. Marshall

***versus***

William J. O'Rourke, M.D.

§ § § § § § § § §

**CIVIL ACTION NUMBER**

MISC 05 -156 ML

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| **Date Judgment Entered:** | 1/28/2004 |
| **Judgment in Favor of:** | Jerry L. Sewell |
| **Judgment Against:** | William J. O'Rourke, M.D. |
| **Amount of Judgment:** | **$** 10103.4 |
| **Amount of Costs:** | **$** |
| **Rate of Interest:** | **1.22%** |
| **Amount of Credits Since Judgment:** | **$** |
| **Amount Due:** | **$** 10103.4 |

**The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the District of Rhode Island, in the above-captioned case.**

**, Clerk**

**DATED:** 11-17-05 **By:** [signature]
**Deputy Clerk**



2