IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHYSICIANS RELIANCE ASSOCIATION, INC., )<br>By and Through Its Chapter 7 Trustee, )<br>JAMES R. MARSHALL )<br>Plaintiff, )<br>V. )<br>)<br>WILLIAM J. O'ROURKE, M.D. )<br>Defendant. ) | Case Number: MISC 05-156 |

LINE OF SATISFACTION OF JUDGMENT

CLERK OF THE COURT

PLEASE MARK the Judgment entered against the above named Defendant in the above-captioned case as "PAID AND SATISFIED"

Respectfully submitted,

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
834 Inman Village Pkwy, NE
Suite 220
Atlanta, GA 30307

cc: Dr. William J. O"Rourke
37 Twin Pond Road
East Greenwich, RI 02818